IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case No. CV 23–110–M–DWM |
| Plaintiffs, | Member Case No. CV 23–154–M–DWM |
| vs. | |
| U.S. FOREST SERVICE, et al., | JUDGMENT |
| Defendants, | |
| and | |
| SUN MOUNTAIN LUMBER, INC., a Montana Corporation, | |
| Defendant-Intervenor. | |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED, in accordance with the Court's Order dated December 11, 2025, that judgment is entered as follows:

The Findings and Recommendations, (Doc. 69), is ADOPTED IN PART, REJECTED IN PART, and MODIFIED IN PART. The Center for Biological Diversity's motion to supplement, (Doc. 43), is DENIED. The parties' cross-motions for summary judgment, (Docs. 45, 47, 54, 56), are GRANTED IN PART

and DENIED IN PART.  Summary judgment is GRANTED in favor of Plaintiffs
for the following claims:

      a.  Plaintiffs' NEPA claim based on temporary roads;

      b.  Plaintiffs' NFMA claims; and

      c.  Plaintiffs' ESA claims based on patch size and road locations.

Summary judgment is otherwise granted in favor of Defendants.  The South
Plateau Project EA and Decision Notice are VACATED and REMANDED to the
agency to address the identified deficiencies. The above- entitled matter is closed.

Dated this 11th day of December, 2025.

TYLER P. GILMAN, CLERK

/s/ Tyler P. Gilman